RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE   1/14/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ODESSA GIPSON | CIVIL ACTION NO. 10-0528 |
| VERSUS | JUDGE ROBERT G. JAMES |
| FOSTER POULTRY FARMS | MAG. JUDGE MARK HORNSBY |

**MEMORANDUM ORDER**

Pending before the Court is Plaintiff Odessa Gipson's ("Gipson") appeal of the Magistrate Judge's order denying her motion to appoint counsel. [Doc. No. 14]. On March 31, 2010, Gipson filed her initial motion to appoint counsel. [Doc. No. 3]. On April 12, 2010, the Magistrate Judge denied this motion. [Doc. No. 4]. On November 16, 2010, Gipson re-urged her motion to appoint counsel [Doc. No. 12], which the Magistrate Judge denied on November 17, 2010. [Doc. No. 13].

The Magistrate Judge's order is a ruling on a non-dispositive pre-trial matter. The Court reviews a magistrate judge's rulings on a non-dispositive matter only to determine whether they are clearly erroneous or contrary to law. *Id.*; 28 U.S.C. § 636(b)(1)(A).

The Court finds that the Magistrate Judge's order was not clearly erroneous or contrary to law. Therefore, the Magistrate Judge's order denying Gipson's motion to appoint counsel [Doc. No. 13] is AFFIRMED, and Gipson's Appeal [Doc. No. 14] is DISMISSED.

MONROE, LOUISIANA, this 14 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE